**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 18, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

CHRISTOPHER GEORGE WHITE,

    Defendant - Appellant.

No. 17-1239
(D.C. No. 1:15-CR-00468-RBJ-1)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **BRISCOE**, **HARTZ**, and **MATHESON**, Circuit Judges.
_____

Christopher George White pleaded guilty to six counts of coercion and enticement of a minor in violation of 18 U.S.C. § 2422(b). He was sentenced to 360 months in prison. He appeals that sentence even though his plea agreement included a broad waiver of his appellate rights. The government has moved to enforce the appeal waiver under *United States v. Hahn*, 359 F.3d 1315 (10th Cir. 2004) (en banc) (per curiam). Through his counsel, Mr. White concedes that the waiver bars his appeal. Based on this concession and our independent review of the record, we grant the government's motion and dismiss the appeal.

Entered for the Court
Per Curiam

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.